**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DISTRICT**

| | |
|---|---|
| DAVID MUELLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE KOCH SONS, LLC d/b/a JESSUP ENGINEERING & JESSUP SYSTEMS,<br><br>Serve: Registered Agent<br>Koch Enterprises, Inc.<br>10 S. 11th Avenue<br>Evansville, IN 47712<br><br>Defendant. | **JURY TRIAL DEMANDED**<br><br>Case No.: 4:26-cv-01296<br><br>Division No.: |

**PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff, David Mueller, by and through counsel, Kevin A. Sullivan and Sauter Sullivan, LLC, and for his Complaint against Defendant, George Koch Sons, LLC d/b/a Jessup Engineering & Jessup Systems, states as follows:

1. Plaintiff is an individual and a Citizen of the State of Missouri.

2. Defendant George Koch Sons, LLC operates under the assumed business names of Jessup Systems and Jessup Engineering.

3. Upon information and belief, the sole member of Defendant George Koch Sons, LLC is Koch Enterprises, Inc. Koch Enterprises, Inc. is an Indiana corporation and maintains its principal place of business in Indiana.

4. The Court has diversity jurisdiction in this matter pursuant to 28 U.S.C. Section 1332 as there is complete diversity between the parties and Plaintiff's damages exceed $1 Million ($1,000,000), exclusive of interest and costs.

5. At all relevant times, Plaintiff was employed in the production facility of Commercial Plating Company located in the City of St. Louis.

6. Commercial Plating Company operates a metal coating and finishing business at its facility in the City of St. Louis.

7. Commercial Plating Company uses automated barrel finishing and plating systems to perform metal finishing of various customer products.

8. On February 10, 2026, Plaintiff was operating the Line 5 automatic barrel metal plating system at the Commercial Plating Company facility when his glove got caught in the gears of a rotating barrel assembly and his left hand was pulled in to the rotating gears.

9. Plaintiff sustained a traumatic amputation of his left hand and a portion of his left arm.

10. The barrel assembly which caused Plaintiff's injury was designed and manufactured by Jessup Engineering, Inc. in Rochester Hills, Michigan.

11. The barrel assembly that caused Plaintiff's injury was distributed, supplied and sold to Commercial Plating Company by Jessup Engineering, Inc.

12. In 2017, George Koch Sons, LLC acquired Jessup Engineering and continued operating the company as the Jessup Systems division of George Koch Sons, LLC in the same location in Rochester Hills, Michigan.

13. Defendant George Koch Sons, LLC is the successor-in-intest to Jessup Engineering.

14. Defendant continues to design, manufacture, distribute, supply and sell Jessup Engineering barrel assemblies.

15. The barrel assembly that caused Plaintiff's injury was at all times installed and used as expected and intended by Jessup Engineering.

16. The subject barrel assembly sold and supplied by Jessup Engineering to Commercial Plating Company failed to include a guard over the exposed gears on the barrel assembly.

17. Attached hereto is Exhibit A, and expressly incorporated herein by reference, is an image of the guard over the gears that Defendant currently provides with its barrel assembly equipment.

18. The barrel assembly which caused Plaintiff's injury was in a defective condition, unreasonably dangerous when put to reasonably anticipated use.

19. The barrel assembly which caused Plaintiff's injury was at all times being used in a manner reasonably anticipated by Plaintiff and his employer.

20. The dangerous and defective condition of the barrel assembly which caused Plaintiff's injury was present at the time the barrel assembly was sold and supplied to Commercial Plating Company.

21. As a direct and proximate result of the dangerous and defective condition of the subject barrel assembly, Plaintiff's glove and hand became caught in the unguarded and exposed gears resulting in the amputation.

22. As a result of his injury from the incident, Plaintiff has experienced anxiety and emotional distress.

23. Plaintiff's injuries and damages are a direct and proximate result of the dangerous and defective condition of the subject barrel assembly.

24. As a direct and proximate result of the dangerous and defective condition of the barrel assembly, Plaintiff has experienced pain and suffering and is permanently disabled.

25. As a direct and proximate result of the defective and unreasonably dangerous condition of the subject barrel assembly, Plaintiff had to undergo extensive medical treatment for his injuries with physicians, hospitals, therapists and other medical providers and has incurred expenses for the medical treatment and shall incur further medical expenses in the future because of his injuries.

26. As a direct and proximate result of the defective and unreasonably dangerous condition of the subject barrel assembly, Plaintiff is unable to work and has sustained past lost wages and income and will sustain additional lost wages and income into the future.

WHEREFORE, Plaintiff, David Mueller, respectfully requests judgment against Defendant, George Koch Sons, LLC d/b/a Jessup Engineering & Jessup Systems, in an amount that is fair and reasonable in excess of $75,000, for pre-judgment interest, post-judgment interest, for costs and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

SAUTER SULLIVAN, LLC

By: /s/ Kevin A. Sullivan
Kevin A. Sullivan, #40735
Michael L. Knepper, #59636
3415 Hampton Avenue
St. Louis, MO 63139
Telephone: (314) 768-6800
Facsimile: (314) 781-2726
E-mail: Ksullivan@ss-law.net
Mknepper@ss-law.net

*Attorneys for Plaintiff*